UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| USHA KIRAN VERMA, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 08-0926 (RBW) <br> ) |
| MICHAEL B. MUKASEY, Attorney General, <br> U.S. Department of Justice, *et al.* | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT MOTION FOR AN ENLARGEMENT OF TIME AND A STAY

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action and, in the interim, to stay all proceedings in this action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint until October 17, 2008, and stay all other proceedings. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants, specifically U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 immigration application for adjustment of status. Through her application, Plaintiff seeks to become a lawful permanent resident pursuant to an employment-based immigration petition, and Plaintiff seeks to have her dependents become lawful permanent residents derivative thereof.

Congress has established annual limits on the number of aliens who can become lawful permanent residents by establishing overall maximums on the number of immigrant visas that

may be issued by the United States Department of State ("State") and setting limits on the number of visas for particular types of immigration (*e.g.*, employment-based immigration). Under this scheme, an immigrant's application, seeking lawful permanent residence through employment-based immigration, may only be adjudicated if a visa for the immigrant's visa priority category is available and all other eligibility requirements are met. Plaintiff's priority category for her application is "EB-3" -- *i.e.* the employment-based, third-preference visa category.

As described in State's Visa Bulletin for July 2008 (attached hereto), the 2008 numerical limit for EB-3 category visas was reached by the end of June 2008 (specifically, June 21, 2008). *See* attached at § F. Consequently, until the new 2009 fiscal year begins (which occurs on October 1, 2008), there are no visas available for Plaintiff's priority category, and thus, USCIS cannot adjudicate her application pursuant to statute. Accordingly, the parties believe it prudent to extend Defendants time to respond to the Complaint in this action and stay all other proceedings until after such time when visas become available for Plaintiff's immigration application. In the interim, the Agency is continuing to conduct its pre-adjudication processing of Plaintiff's application.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. A stay of this action will allow the parties a reasonable amount of additional time to perhaps informally resolve this dispute without the need for further litigation, thereby serving the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, October 17, 2008. A proposed order is attached.

Dated: July 31, 2008
Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ARON A. FINKELSTEIN, D.C. BAR #25560 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Murthy Law Firm | United States Attorney |
| 10451 Mill Run Circle, Suite 100 | |
| Owings Mills, MD 21117 | |
| (410) 356-5440 | |
| | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| *Attorney for Plaintiff* | Assistant United States Attorney |

　　　　　　　　　　　　　　　　　　　　/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

# Visa Bulletin

*Number 120*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JULY 2008

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **July**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by June **6th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers

not required by first and second
preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 15MAR02 | 15MAR02 | 15MAR02 | 22JUL92 | 15MAR93 |
| 2A | 01AUG03 | 01AUG03 | 01AUG03 | U | 01AUG03 |
| 2B | 15SEP99 | 15SEP99 | 15SEP99 | 08APR92 | 01MAR97 |
| 3rd | 08JUN00 | 08JUN00 | 08JUN00 | 08AUG92 | 01APR91 |
| 4th | 01SEP97 | 15FEB97 | 15FEB97 | 22DEC94 | 08MAR86 |

***NOTE**: For July, 2A numbers **EXEMPT from per-country limit** will be unavailable because the annual limit for such visas will have been reached. This will only impact the processing of Mexico F2A applicants.

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| **Employ-ment-Based** | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01APR04 | 01APR04 | C | C |
| 3rd | U | U | U | U | U |
| Other Workers | 01JAN03 | 01JAN03 | 01JAN03 | 01JAN03 | 01JAN03 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 5th | C | C | C | C | C |
| Targeted Employ-ment Areas/ Regional Centers | C | C | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

Employment Third Preference Other Workers Category: Section 203(e) of the NACARA, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

**B. DIVERSITY IMMIGRANT (DV) CATEGORY**

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program. **This reduction has resulted in the DV-2008 annual limit being reduced to 50,000**. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For **July**, immigrant numbers in the DV category are available to qualified DV-2008 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately |  |
|---|---|---|
| **AFRICA** | 38,050 | Except:<br>Egypt: 25,000<br>Ethiopia: 19,800<br>Nigeria: 14,650 |
| **ASIA** | 13,400 |  |
| **EUROPE** | 29,000 |  |
| **NORTH AMERICA (BAHAMAS)** | 13 |  |
| **OCEANIA** | 1,650 |  |
| **SOUTH AMERICA, and the CARIBBEAN** | Current |  |

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2008

program ends as of September 30, 2008. DV visas may not be issued to DV-2008 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2008 principals are only entitled to derivative DV status until September 30, 2008. DV visa availability through the very end of FY-2008 cannot be taken for granted. Numbers could be exhausted prior to September 30.

### C. ADVANCE NOTIFICATION OF THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN AUGUST

For **August**, immigrant numbers in the DV category are available to qualified DV-2008 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 47,000 | Except:<br>Egypt: 31,000<br>Ethiopia: 22,800<br>Nigeria: 16,600 |
| ASIA | CURRENT | |
| EUROPE | CURRENT | |
| NORTH AMERICA (BAHAMAS) | CURRENT | |
| OCEANIA | CURRENT | |
| SOUTH AMERICA, and the CARIBBEAN | CURRENT | |

### D. MEXICO F2A VISA AVAILABILITY DURING THE COMING MONTHS

The demand for numbers under the F2A exempt from per-country category limit remains very heavy. It is anticipated that the annual limit will be reached by the end of June, and as a result the category will become "unavailable" for July. This will only affect the processing of applicants in the Mexico F2A category which will be "unavailable" through the end of the fiscal year. The Mexico F2A cut-off date will return to 01MAY02 in October, the first month of the new fiscal year.

### E. EMPLOYMENT SECOND PREFERENCE VISA AVAILABILITY

There have been questions raised regarding the way numbers have been provided to the China and India in the Employment Second preference categories beginning in April. Section 202(a)(5) of the Immigration and Nationality Act states that if total demand for visas in an Employment preference category is insufficient to use all available visa numbers in that category in a calendar quarter, then the unused numbers may be made available without regard to the annual per-country limit. (For example: If the second preference annual limit were 40,000, number use by "All Other Countries" were estimated to be only 25,000, and the China/India combined number use based on their per-country limits were 6,000, then there would be 9,000 numbers unused. Those 9,000 numbers could then be made available to China and India applicants without regard to their per-country limits.)

Based on the informaiton available, it was been determined that the demand from "All Other Countries" for Second preference numbers, plus the amount of numbers available under China and India Second preference per-country limit, would be insufficient to utilize all available numbers under the annual limit for this category. Therefore, pursuant to Section 202(a)(5) of the Act, the unused numbers have been made available to China and India Second preference applicants. Since Section 203(e)(1) of the Act requires that such

unused numbers be made available strictly in priority date order, the China and India applicants have been subject to the identical cut-off date. As there are more Employment Second preference applicants from India and the Indian applicants may have earlier priority dates, it is likely that Indian applicants will receive a larger portion of the available numbers than Chinese applicants.

It should be noted that the Employment Second preference category is "Current" for all countries except China and India. If at any point it appears that demand from "All Other Countries" would utilize all available numbers, then an adjustment would be made to the China/India cut-off date. Therefore, providing the unused numbers to China and India in no way disadvantages applicants from any other country, and helps to insure that the worldwide annual limit can be reached.

### F. EMPLOYMENT THIRD PREFERENCE VISA AVAILABILITY

Demand for numbers, primarily by USCIS for adjustment of status cases, will bring the entire Employment Third preference category to the annual numerical limit by the end of June. As a result, this category will become "unavailable" beginning in July and will remain so for the remainder of FY-2008. Such action will only be temporary, however, and Employment Third preference availability will return to the cut-off dates established for June in October, the first month of the new fiscal year.

### G. DIVERSITY VISA LOTTERY 2009 (DV-2009) RESULTS

The Kentucky Consular Center in Williamsburg, Kentucky has registered and notified the winners of the DV-2009 diversity lottery. The diversity lottery was conducted under the terms of section 203(c) of the Immigration and Nationality Act and makes available *50,000 permanent resident visas annually to persons from countries with low rates of immigration to the United States. Approximately 99,600 applicants have been registered and notified and may now make an application for an immigrant visa. Since it is likely that some of the first *50,000 persons registered will not pursue their cases to visa issuance, this larger figure should insure that all DV-2009 numbers will be used during fiscal year 2009 (October 1, 2008 until September 30, 2009).

Applicants registered for the DV-2009 program were selected at random from over 9.1 million qualified entries received during the 60-day application period that ran from noon on October 3, 2007, until noon, December 2, 2007. The visas have been apportioned among six geographic regions with a maximum of seven percent available to persons born in any single country. During the visa interview, principal applicants must provide proof of a high school education or its equivalent, or show two years of work experience in an occupation that requires at least two years of training or experience within the past five years. Those selected will need to act on their immigrant visa applications quickly. Applicants should follow the instructions in their notification letter and must fully complete the information requested.

Registrants living legally in the United States who wish to apply for adjustment of their status must contact the Bureau of Citizenship and Immigration Services for information on the requirements and procedures. Once the total *50,000 visa numbers have been used, the program for fiscal year 2009 will end. Selected applicants who do not receive visas by September 30, 2009 will derive no further benefit from their DV-2009 registration. Similarly, spouses and children accompanying or following to join DV-2009 principal applicants are only entitled to derivative diversity visa status until September 30, 2009.

Only participants in the DV-2009 program who were selected for further processing have been notified. Those who have not received notification were not selected. They may try for the upcoming DV-2010 lottery if they wish. The dates for the registration period for the DV-2010 lottery program will be widely publicized during August 2009.

* The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulated that up to 5,000 of the 55,000 annually-allocated diversity visas be made available for use under the NACARA program. The reduction of the limit of available visas to 50,000 began with DV-2000.

The following is the statistical breakdown by foreign-state chargeability of those registered for the DV-2009 program:

| AFRICA | | |
|---|---|---|
| ALGERIA 2,205 | ETHIOPIA 5,200 | NIGER 64 |

| | | |
|---|---|---|
| ANGOLA 38 | GABON 35 | NIGERIA 6,041 |
| BENIN 390 | GAMBIA, THE 168 | RWANDA 111 |
| BOTSWANA 22 | GHANA 7,322 | SAO TOME AND PRINCIPE 1 |
| BURKINA FASO 129 | GUINEA 469 | SENEGAL 1,160 |
| BURUNDI 86 | GUINEA-BISSAU 9 | SEYCHELLES 8 |
| CAMEROON 3,659 | KENYA 4,307 | SIERRA LEONE 2,230 |
| CAPE VERDE 9 | LESOTHO 4 | SOMALIA 256 |
| CENTRAL AFRICAN REP. 21 | LIBERIA 3,440 | SOUTH AFRICA 909 |
| CHAD 27 | LIBYA 117 | SUDAN 1,143 |
| COMOROS 6 | MADAGASCAR 46 | SWAZILAND 6 |
| CONGO 1,582 | MALAWI 29 | TANZANIA 298 |
| CONGO, DEMOCRATIC REPUBLIC OF THE 65 | MALI 124 | TOGO 956 |
| COTE D'IVOIRE 642 | MAURITANIA 39 | TUNISIA 155 |
| DJIBOUTI 26 | MAURITIUS 62 | UGANDA 433 |
| EGYPT 4,831 | MOROCCO 3,820 | ZAMBIA 156 |
| EQUATORIAL GUINEA 10 | MOZAMBIQUE 22 | ZIMBABWE 242 |
| ERITREA 829 | NAMIBIA 20 | |

| **ASIA** | | |
|---|---|---|
| AFGHANISTAN 117 | ISRAEL 194 | OMAN 10 |
| BAHRAIN 18 | JAPAN 320 | QATAR 10 |
| BANGLADESH 6,023 | JORDAN 161 | SAUDI ARABIA 128 |
| BHUTAN 4 | NORTH KOREA 2 | SINGAPORE 38 |
| BRUNEI 0 | KUWAIT 43 | SRI LANKA 792 |
| BURMA 556 | LAOS 2 | SYRIA 108 |
| CAMBODIA 287 | LEBANON 193 | THAILAND 110 |
| HONG KONG SPECIAL ADMIN. REGION 75 | MALAYSIA 85 | TAIWAN 431 |
| INDONESIA 230 | MALDIVES 4 | TIMOR-LESTE 1 |
| IRAN 1,689 | MONGOLIA 191 | UNITED ARAB EMIRATES 33 |
| IRAQ 154 | NEPAL | YEMEN 102 |

|  | 1,891 |  |
|---|---|---|

| **EUROPE** | | |
|---|---|---|
| ALBANIA 2,894 | GREECE 63 | NORWAY 54 |
| ANDORRA 0 | HUNGARY 271 | PORTUGAL 92  Macau 12 |
| ARMENIA 1,285 | ICELAND 25 | ROMANIA 757 |
| AUSTRIA 145 | IRELAND 132 | SAN MARINO 0 |
| AZERBAIJAN 345 | ITALY 433 | SERBIA 656 |
| BELARUS 1,240 | KAZAKHSTAN 336 | SLOVAKIA 169 |
| BELGIUM 82 | KYRGYZSTAN 169 | SLOVENIA 21 |
| BOSNIA & HERZEGOVINA 158 | LATVIA 100 | SPAIN 172 |
| BULGARIA 1,154 | LIECHTENSTEIN 1 | SWEDEN 226 |
| CROATIA 75 | LITHUANIA 273 | SWITZERLAND 230 |
| CYPRUS 42 | LUXEMBOURG 1 | TAJIKISTAN 168 |
| CZECH REPUBLIC 140 | MACEDONIA, FORMER YUGOSLAV REP. OF 322 | TURKEY 2,331 |
| DENMARK 48  Greenland 1 | MALTA 9 | TURKMENISTAN 111 |
| ESTONIA 58 | MOLDOVA 542 | UKRAINE 5,502 |
| FINLAND 72 | MONACO 0 | UZBEKISTAN 3,284 |
| FRANCE 738  French Guiana 11 French Polynesia 2 French Southern & Antarctic Lands 1  Guadeloupe 6 Martinique 4 Reunion 0 | MONTENEGRO 20 | VATICAN CITY 0 |
| GEORGIA 661 | NETHERLANDS 226  Aruba 9  Netherlands Antilles 34 | |
| GERMANY 1,973 | NORTHERN IRELAND 35 | |

| **NORTH AMERICA** | |
|---|---|
| BAHAMAS, THE 12 | |

| OCEANIA | | |
|---|---|---|
| AUSTRALIA 590 Christmas Islands 0 | NAURU 1 | SOLOMON ISLANDS 0 |
| FIJI 760 | NEW ZEALAND 269 Cook Islands 0 Niue 11 | TONGA 129 |
| KIRIBATI 2 | PALAU 0 | TUVALU 1 |
| MARSHALL ISLANDS 0 | PAPUA NEW GUINEA 15 | VANUATU 1 |
| MICRONESIA, FEDERATED STATES OF 2 | SAMOA 20 | |

| SOUTH AMERICA, CENTRAL AMERICA, AND THE CARIBBEAN | | |
|---|---|---|
| ANTIGUA AND BARBUDA 5 | DOMINICA 30 | SAINT KITTS AND NEVIS 1 |
| ARGENTINA 174 | GRENADA 6 | SAINT LUCIA 4 |
| BARBADOS 8 | GUATEMALA 6 | SAINT VINCENT AND THE GRENADINES 9 |
| BELIZE 4 | GUYANA 41 | SURINAME 5 |
| BOLIVIA 108 | HONDURAS 77 | TRINIDAD AND TOBAGO 141 |
| CHILE 50 | NICARAGUA 58 | URUGUAY 26 |
| COSTA RICA 67 | PANAMA 38 | VENEZUELA 470 |
| CUBA 555 | PARAGUAY 10 | |

*Natives of the following countries were not eligible to participate in DV-2009: Brazil, Canada, China (mainland-born, excluding Hong Kong S.A.R., and Taiwan), Colombia, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, India, Jamaica, Mexico, Pakistan, Peru, the Philippines, Poland, Russia, South Korea, United Kingdom (except Northern Ireland) and its dependent territories, and Vietnam*

**H. OBTAINING THE MONTHLY VISA BULLETIN**

The Department of State's Bureau of Consular Affairs offers the monthly "Visa Bulletin" on the INTERNET'S WORLDWIDE WEB. The INTERNET Web address to access the Bulletin is**:**

    **http://travel.state.gov**

From the home page, select the VISA section which contains the Visa Bulletin.

To be **placed on** the Department of State's E-mail subscription list for the "Visa Bulletin", please send an E-mail to the following E-mail address:

    **listserv@calist.state.gov**

and in the message body type:
**Subscribe Visa-Bulletin *First name/Last name***
*(example: Subscribe Visa-Bulletin Sally Doe)*

To be **removed from** the Department of State's E-mail subscription list for the "Visa Bulletin", send an e-mail message to the following E-mail address:

**listserv@calist.state.gov**

and in the message body type: **Signoff Visa-Bulletin**

The Department of State also has available a recorded message with visa cut-off dates which can be heard at: (area code 202) 663-1541. The recording is normally updated by the middle of each month with information on cut-off dates for the following month.

Readers may submit questions regarding Visa Bulletin related items by E-mail at the following address:

**VISABULLETIN@STATE.GOV**

(This address cannot be used to subscribe to the Visa Bulletin.)

Department of State Publication 9514
CA/VO:June 6, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| USHA KIRAN VERMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0926 (RBW) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion for an enlargement of time and a stay, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED,

ORDERED that Defendant shall have through and including October 17, 2008, to respond to the Complaint in this action, and it is further

ORDERED that all other proceedings in this action are STAYED until October 17, 2008.


SIGNED:


_____          _____
Date                                                        REGGIE B. WALTON
                                                                   United States District Judge



Copies to Counsel of Record Via ECF